AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Oisoni Ozomaro<br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

1:19-mj-00081

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 8, 2019 _____ in the county of _____ Kalamazoo _____ in the
_____ Western _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)<br><br>21 U.S.C. § 841(b)(1)(a)(viii) | Possession with intent to distribute controlled substances, namely 50 grams or more of methamphetamine |

This criminal complaint is based on these facts:

SEE ATTACHED CONTINUATION OF COMPLAINT

☑ Continued on the attached sheet.

_____
Complainant's signature

MARCEL BEHNEN, DEA TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/12/2019

_____
Judge's signature

City and state:   Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
Printed name and title